UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARVIN BAITY,

      Plaintiff,

v.

CHASE BANK USA, N.A.,

      Defendant.

Case No. 8:18-cv-01763-MSS-JSS

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Marvin Baity ("Plaintiff"), and Defendant Chase Bank USA, N.A. ("Defendant") hereby stipulate and agree:

1.    to the dismissal *with prejudice* of the above-captioned lawsuit and Plaintiff's claims asserted in its complaint [Doc. 1] against Defendant, with each party to bear its own attorneys' fees and costs; and

2.    to entry of a Final Order of Dismissal with Prejudice dismissing this lawsuit and Plaintiff's claim herein with prejudice and closing this case.

*/s/ Jon. P. Dubbeld*
(*Signed by Filing Attorney with*
*Permission of Non-filing Attorney*)
Jon P. Dubbeld
Florida Bar No. 105869
Swift, Isringhaus & Dubbeld, P.A.
10460 Roosevelt Blvd N. Ste 313
St. Petersburg, FL  33716
Telephone:  (727) 563-8466
Facsimile:  (727) 255-5332
Email: jdubbeld@swift-law.com
*Attorneys for Plaintiff Marvin Baity*

*/s/ Scott D. Feather*
Robert M. Quinn
Florida Bar No. 305898
Scott D. Feather
Florida Bar No. 68740
CARLTON FIELDS JORDEN BURT, P.A.
P.O. Box 3239
Tampa, FL  33601-3239
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
Email:  rquinn@carltonfields.com
      sfeather@carltonfields.com
*Attorneys for Chase Bank USA, N.A.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 3, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System, which will serve a copy on the filing users.

*/s/ Scott D. Feather*
Attorney
