UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARVIN BAITY,**

    Plaintiff,

v.                                      Case No: 8:18-cv-1763-T-35JSS

**CHASE BANK USA, N.A.,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 20), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 11th day of January, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party